In The United States Federal Court of Topeka Ks



AUG 31 2021

Clerk, U.S. District Court
By: _____ Deputy Clerk

Shirley Dione Webster )
Dwayne Marvin Garrett )   Case No. 5:21-cv-4057-JWB-ADM
Paul Leroy Wickham )
)
   Plaintiff )
)
   VS )   Hon. Supreme Court Justices as a Third
)   Party Under the Informant Act 18 U.S.C.
Scott Palk )   Sec. 1512
Charles B. Goodwin )
Jack W. Dishman )   John Roberts              Dick Durbin
Bernard M. Jones )   Clarence Thomas           Patrick Leahay
John F. Hull )   Stephen Breyer            Dianne Feinstein
David L. Russell )   Brett Kavanaugh           Sheldon Whitehouse
Wayne E. Alley )   Samuel Alito, Jr.         Amy Klobuchar
Robin J. Cauthron )   Sonia Sotomayor           Christopher A. Coons
Kenny Butman )   Elena Kagan               Richard Blumenthal
)   Neil Gorsuch              Mazie Hirono
)   Amy Coney Barrett         Cory Booker
   Defendants )   Ruth Bader Ginsburg       Alex Padilla
)                             Jon Ossoff
)                             Chuck Grassley
)                             Lindsey Graham
)                             John Cornyn
)                             Michael S. Lee
)                             Ted Cruz
)                             Ben Sasse
)                             Joshua D Hawley
)                             Tom Cotton
)                             John Kennedy
)                             Thom Tillis
)                             Marsha Blackburn
)                             Jerrold Nadler
)                             Madeleine Dean
)
)
)
)
)

Claim under the Authority of 18 U.S.C. Sec. 1512 and 18 U.S.C. Sec. 2 and 3.

1.  All Judges Scott Palk, Charles B. Goodwin, Jack W. Dishman, Bernard M. Jones, John F. Hull, David Russell, Wayne E. Alley, Robin J. Cauthron, Are working in concert to destroy and cover up. Under title 18U.S.C. Sec. 2 and 3, to destroy case number CIV-21-119-SLP of Second Degree Murder in 2020 Minnesota Statutes Under Chapter 609, 19, Murder in the Second Degree, In violation of 18 U.S.C. Sec. 2 and 3.

2.  Kenny Bucman is working out of the color of law under 18 U.S.C. Sec. 1001, by breaking and entering for Washington County Against my Constitutional Rights of 18 U.S.C. Sec. 42-1983.

Plaintiff Demand A Jury Trial
Designation Topeka Ks. Place for Trial

Kenny Bucman
395240 West 3000 Rd
Ochelata, Ok. 74051

8/31/2021
Date

Shirley Dione Webster
PO Box 217 HC61
Lenapah, OK. 74042
Attorney In Fact

8/2/2021
Date

Dwayne Marvin Garrett
PO Box 554
Coffeyville, Ks, 67337

8-31-2021
Date

Paul Leroy Wickham
Rt 1 Box 171
Nowata, OK. 74048