# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**SHIRLEY DIONE WEBSTER,**
**DWAYNE MARVIN GARRETT, and**
**PAUL LEROY WICKHAM,**

                    **Plaintiffs,**

v.                                        Case No: 21-4057-JWB

**SCOTT PALK, CHARLES B. GOODWIN,**
**JACK W. DISHMAN, BERNARD M. JONES,**
**JOHN F. HULL, DAVID L. RUSSELL,**
**WAYNE E. ALLEY, ROBIN J. CAUTHRON,**
**and KENNY BUTMAN,**

                      **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that pursuant to the memorandum and order filed November 30, 2021, Plaintiffs shall take nothing on their claims and the action is DISMISSED on the merits.

   November 30, 2021                                 SKYLER O'HARA
      Date                                                  CLERK OF THE DISTRICT COURT

                                                          by:   s/ Michael Lahey
                                                                   Deputy Clerk